IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH SHORT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D15-1401

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 8, 2015.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Joseph Short, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED.  See Fla. R. App. P. 9.141(d)(5).

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.